**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
SEAN W. McDONALD, Nevada State Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@theurbanlawfirm.com
        smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>              Plaintiffs,<br><br>     vs.<br><br>KIRKWOOD STONE TILE & CARPET, INC., a Nevada corporation; and ROBERT J. KIRKWOOD, an individual,<br><br>              Defendants. | CASE NO.: 2:13-cv-00661-APG-PAL<br><br>ORDER FOR DEFAULT JUDGMENT |

Plaintiffs, the Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust For Southern Nevada, Trustees of the Bricklayers & Allied Craftworkers Local 13 Health Benefits Fund, Trustees of the Bricklayers & Allied Craftworkers Local 13 Vacation Fund; Bricklayers & Allied Craftworkers Local 13 Nevada; Trustees of the Bricklayers & Trowel Trades International

1

Pension Fund; Trustees of the Bricklayers & Trowel Trades International Health Fund; and Trustees of The International Masonry Institute, have moved the Court for Default Judgment against Defendants Kirkwood Stone Tile & Carpet, Inc., a Nevada corporation, and Robert J, Kirkwood, an individual.

The Court having considered the pleadings and papers on file and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiffs be awarded a Default Judgment against Kirkwood Stone Tile & Carpet, Inc., and Robert J. Kirkwood, jointly and severally, as follows:

(1) for breach of the Settlement Agreement, in the amount of $13,664.32, which represents all contributions, liquidated damages, interest, and audit fees owed to the Plaintiffs for the period April 1, 2008 to June 30, 2010;

(2) for accrued interest under the Settlement Agreement in the amount of $452.54 (calculated through July 31, 2013);

(3) for Plaintiffs' attorney's fees in the amount of $5,115.00;

(4) for Plaintiffs' costs of suit in the amount of $523.65; and

(5) for post-judgment interest on the remaining judgment amounts at the legal rate under 28 U.S.C. § 1961,

for a total judgment amount of $19,755.51.

**IT IS FURTHER ORDERED** that such Default Judgment is deemed a final judgment pursuant to Fed. R. Civ. P. 54(c) and there is no just reason for delay in entry of such judgment on Plaintiffs' claims herein.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter judgment consistent with this Order.

Dated this 17th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

/ / /

2

Submitted by:

**THE URBAN LAW FIRM**

By: */s/ Sean W. McDonald*
Michael A. Urban, Nevada Bar No. 3875
Sean W. McDonald, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

18586