AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust For Southern Nevada, et al.,

Plaintiffs,

V.

Kirkwood Stone Tile & Carpet, Inc., et al.,

Defendants.

Default
**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00661-APG-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that DEFAULT judgment is entered in favor of Plaintiffs and against Defendants Kirkwood Stone Tile & Carpet, Inc. and Robert J. Kirkwood, jointly and severally, in the total judgment amount of $19,755.51.

October 17, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk