**THE URBAN LAW FIRM**
Michael A. Urban, Nevada State Bar No. 3875
Sean W. McDonald, Nevada State Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KIRKWOOD STONE TILE & CARPET, INC., a Nevada corporation; and ROBERT J. KIRKWOOD, an individual,<br><br>Defendants. | CASE NO: 2:13-cv-00661-APG-PAL<br><br>**ORDER VACATING CERTAIN ORDERS AND QUASHING BENCH WARRANT FOR ROBERT KIRKWOOD** |

Before the Court is Plaintiffs' Notice of Bankruptcy and Request to Vacate Certain Orders. Having reviewed the Notice and Request, the accompanying declaration of counsel, and the pleadings and papers on file, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Court's Orders for the issuance of a bench warrant against Robert Kirkwood, made in open Court on July 1, 2014( ECF No. 23), and by subsequent written order dated July 1, 2014 (ECF No. 24), are **VACATED**.

**IT IS FURTHER ORDERED** that the bench warrant against Robert Kirkwood is **QUASHED**.

**IT IS FURTHER ORDERED** that the Order and Order to Show Cause dated June 9, 2014 (ECF No. 20), as to Defendant Robert J. Kirkwood is **VACATED**.

1

**IT IS FURTHER ORDERED** that, at Plaintiffs' request, Plaintiffs' request for an award of attorney's fees and costs as a sanction relating to the Court's Order and Order to Show Cause and Order (re bench warrant) (ECF Nos. 20, 24) is considered **WITHDRAWN**.

**IT IS FURTHER ORDERED** that this action is stayed, in light of the bankruptcy filing, and no further action will be taken on this docket until further filing by a party.

Dated this 20th of August, 2014.

UNITED STATES MAGISTRATE JUDGE

Submitted by:

**THE URBAN LAW FIRM**

/s/ Sean W. McDonald
Michael A. Urban, Nevada State Bar No. 3875
Sean W. McDonald, Nevada State Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com

32747

2